### 5005. THOMPSON v. CITY OF CEDARTOWN.

POTTLE, J. This case is in principle controlled by the decision of this court this day rendered in the case of *Morgan* v. *Cedartown,* ante, 139.

*Judgment affirmed.*

DECIDED JULY 22, 1913.

Certiorari; from Polk superior court—Judge Price Edwards. May 24, 1913.

*W. W. Mundy,* for plaintiff in error. *W. G. England Jr.,* contra.

---

### 5006. WADE v. THE STATE.

HILL, C. J. 1. The admission or rejection of evidence drawn out by lead-ing questions is generally in the sound discretion of the trial judge, and unless that discretion has been clearly abused, to the prejudice of the party complaining, this court will not interfere. 4 Enc. Dig. Ga. Rep. 455. In the present case no abuse of this discretion appears.

2. No other error of law is complained of here, and the verdict is sup-ported by the evidence.                    *Judgment affirmed.*

DECIDED JULY 22, 1913.

Conviction of assault with intent to rape; from Grady superior court—Judge Frank Park. May 19, 1913.

The leading questions referred to in the decision were a series of questions asked of a girl in her thirteenth year by counsel for the prosecution, on direct examination as to the details of the assault in question, alleged to have been committed upon her. A former ruling as to leading questions to this witness in the same case ap-pears in 11 *Ga. App.* 413 (7).

*W. M. Harrell, Ira Carlisle, J. Q. Smith,* for plaintiff in error.
*M. L. Ledford, solicitor-general pro tem.,* contra.